IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **DERIC PORTER, #630121** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:05cv59** |
| **WARDEN RUPERT, ET AL.** | § | |

## ORDER OF PARTIAL DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation for the disposition of the lawsuit.  The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is accordingly

**ORDERED** that the Plaintiff's claims against Officers Mitchell, Roseberry and Smith are **DISMISSED** without prejudice.

**SIGNED** this 9th day of January, 2006.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE